UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80059 CR-MIDDLEBROOKS

MAGISTRATE
JOHNSON

8 U.S.C. § 1324(a)(1)(A)(i)
8 U.S.C. § 1328
18 U.S.C. § 1589(a)
18 U.S.C. § 1591(a)(1)

UNITED STATES OF AMERICA

vs.

VERONICA MARTINEZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

In or around the Spring of 2009, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly bring to the United States an alien, that is L.M., knowing that such person was an alien, at a place other than a designated point of entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service or the Secretary of Homeland Security, regardless of whether such alien has received prior official authorization to come to, enter or reside in the United States, and regardless of any future official action which may later be taken with respect to such alien; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), and Title 18, United States Code, Section 2.



## COUNT 2

In or around the Spring of 2009, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly, directly and indirectly, import into the United States any alien, that is L.M., for the purpose of prostitution and, in pursuance of such illegal importation, keep, maintain, control, support, employ, and harbor in any house and other place, for the purpose of prostitution such alien; in violation of Title 8, United States Code, Section 1328, and Title 18, United States Code, Section 2.

## COUNT 3

In or around July of 2009, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly bring to the United States an alien, that is E.M., knowing that such person was an alien, at a place other than a designated point of entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service or the Secretary of Homeland Security, regardless of whether such alien has received prior official authorization to come to, enter or reside in the United States, and regardless of any future official action which may later be taken with respect [BH Respect] to such alien; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT 4

In or around July of 2009, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

2

did knowingly, directly and indirectly, import into the United States any alien, that is E.M., for the purpose of prostitution and, in pursuance of such illegal importation, keep, maintain, control, support, employ, and harbor in any house and other place, for the purpose of prostitution such alien; in violation of Title 8, United States Code, Section 1328, and Title 18, United States Code, Section 2.

## COUNT 5

From in or around July 2009, through on or about March 23, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly provide and obtain the labor and services of a person, that is, E.M., by means of: (1) threats of serious harm to E.M. and another person; (2) the threatened abuse of law and the legal process; (3) a scheme intended to cause E.M. to believe that, if E.M. did not perform such labor and services, that E.M. and another person would suffer serious harm; and (4) any combination of these; in violation of Title 18, United States Code, Sections 1589(a) and 2.

## COUNT 6

From at least as early as June 1, 2009, through on or about March 23, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly provide and obtain the labor and services of a person, that is, L.M., by means of: (1) threats of serious harm to L.M. and another person; (2) the threatened abuse of law and the legal process; (3) a scheme intended to cause L.M. to believe that, if L.M. did not perform such labor and services, that L.M. and another person would suffer serious harm; and (4) any combination of these; in violation of Title 18, United States Code, Sections 1589(a) and 2.

## COUNT 7

From in or around July 2009, through on or about March 23, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly, in or affecting interstate and foreign commerce, harbor, transport, provide, obtain, and maintain by any means E.M., knowing that threats of force, fraud, coercion, and any combination of such means would be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT 8

From at least as early as June 1, 2009, through on or about March 23, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**VERONICA MARTINEZ,**

did knowingly, in or affecting interstate and foreign commerce, harbor, transport, provide, obtain, and maintain by any means L.M., knowing that threats of force, fraud, coercion, and any combination of such means would be used to cause the person to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

A TRUE BILL

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA               CASE NO. _____

v.                                     **CERTIFICATE OF TRIAL ATTORNEY\***

VERONICA MARTINEZ,

        **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s)         Yes ____    No ____
                                         Number of New Defendants ____
____ Miami   ____ Key West               Total number of counts   ____
____ FTL      _X_ WPB    ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _Yes_
   List language and/or dialect   _Spanish_

4. This case will take  _4-5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_              Petty    ____
   II   6 to 10 days      ____             Minor    ____
   III  11 to 20 days     ____             Misdem.  ____
   IV   21 to 60 days     ____             Felony   _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.                      10-8086-JMH
   Related Miscellaneous numbers:           _____
   Defendant(s) in federal custody as of    3/26/10
   Defendant(s) in state custody as of      _____
   Rule 20 from the    _____       District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes   _X_ No

                                          _____
                                          MARK DISPOTO
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court No. A5501143

\*Penalty Sheet(s) attached                                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __VERONICA MARTINEZ__

Case No:

**Counts 1 & 3**

Alien Smuggling

Title 8, United States Code, Section 1324(a)(1)(A)(i)

*Max. Penalty:    10 years' imprisonment; 3 years supervised release; $250,000 fine

**Counts 2 & 4**

Importation of an Alien for an Immoral Purpose

Title 8, United States Code, Section 1328

*Max. Penalty:    10 years' imprisonment; 3 years supervised release; $250,000 fine

**Counts 5-6**

Forced Labor

Title 18, United States Code, Section 1589(a)

*Max. Penalty:    20 years' imprisonment; 3 years supervised release; $250,000 fine

**Counts 7-8**

Sex Trafficking

Title 18, United States Code, Section 1591(a)(1)

*Max. Penalty:    15 years to life imprisonment; 5 years to life supervised release; $250,000 fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.